United States District Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENDALL MERRIWEATHER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1577 |
| | § | |
| INSPERITY INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In it's Order of October 28, 2021 (Doc. No. 9), the Court denied the Motions to Dismiss of Defendants VGXI and Insperity. The Court further gave the Plaintiff until December 3, 2021 to file an amended complaint and admonished that failure to do so would result in dismissal of this case. To date, Plaintiff has failed to comply with the Court's Order. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice.

SIGNED at Houston, Texas, this _9th_ day of December 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE